CHARLES O. THOMPSON, SB# 139841
    E-Mail: thompsonc@lbbslaw.com
NICOLE A. BOLSON, SB# 226733
    E-Mail: bolson@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ANKA BEHAVIORAL HEALTH, INC. a
California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JULIE CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>ANKA BEHAVIORAL HEALTH, INC., a California Corporation,<br><br>    Defendant. | CASE NO. C-10-03914 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: February 28, 2011          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By: /s/ Nicole Bolson
                                      Charles O. Thompson
                                      Nicole A. Bolson
                                      Attorneys for Defendant ANKA
                                      BEHAVIORAL HEALTH, INC. a California
                                      Corporation