UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Verdia Nix,

       Plaintiff(s),                                No. C10-3914 BZ

    v.                                       NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

Anka Behavioral Health, Inc.,

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  **[X]** (1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

       (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for **February 28, 2011 at 4:00 p.m.** on Magistrate Judge Zimmerman's calendar will **NOT** be held.

Dated: February 28, 2011

                                                       Richard W. Wieking, Clerk
                                                       United States District Court

                                                       By: Ada Yiu, Deputy Clerk

cc: Intake

reassig1.DCT                                         1