1  CHARLES O. THOMPSON, SB# 139841
   E-Mail: thompsonc@lbbslaw.com
2  NICOLE A. BOLSON, SB# 226733
   E-Mail: bolson@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant
   ANKA BEHAVIORAL HEALTH, INC.,
7  a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JULIE CARLSON, on behalf of herself and all others similarly situated, | CASE NO. C-10-03914 ~~BZ~~ TEH |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |
| vs. | |
| ANKA BEHAVIORAL HEALTH, INC., a California Corporation, | as modified by the Court |
| Defendant. | |

**JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Plaintiff JULIE CARLSON (hereinafter "Plaintiff"), and Defendant ANKA BEHAVIORAL HEALTH, INC. (hereinafter "Anka"), by and through their attorneys of record, do hereby stipulate and agree that the time for Anka to respond to Plaintiff's Complaint in the above-referenced action shall be extended up to and including May 29, 2011.

Plaintiff and Anka, by and through their attorneys of record, do hereby further stipulate and agree that the case management conference on calendar for April 12, 2011, at 1:30 p.m. should be vacated and a new case management conference be assigned in this matter.

1  Respectfully submitted,

2

3  DATED: April __, 2011                    LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5                                            By _____/s/_____
                                                Charles O. Thompson
6                                               Nicole A. Bolson
                                                Attorneys for Defendant
7                                               Anka Behavioral Health, Inc.

8

9  DATED: April __, 2011                    MALLISON & MARTINEZ

10

11                                           By _____/s/_____
                                                Stan S. Mallison
12                                              Attorneys for Plaintiff
                                                Julie Carlson

13

14

15  Pursuant to the parties' stipulation, IT IS SO ORDERED.  The case management conference is
    continued to June 20, 2011, at 1:30 p.m.  The parties shall file a joint case management
16  statement on or before June 13, 2011.

17                                              04/05/2011

18

19

20

21                                              Judge Thelton E. Henderson

22

23

24

25

26

27

28