IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CARLSON,

                Plaintiff,

     v.

ANKA BEHAVIORAL HEALTH, INC.,

                Defendant.

NO. C10-3914 TEH

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

     This matter comes before the Court on Plaintiff Julie Carlson's motion for leave to file a second amended complaint. Defendant Anka Behavioral Health, Inc. filed a statement of non-opposition on May 2, 2011. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the May 23, 2011 motion hearing is VACATED, and Plaintiff's unopposed motion for leave to file a second amended complaint is GRANTED. Plaintiff shall file her second amended complaint on or before **May 9, 2011.** Defendant shall file its responsive pleading on or before **May 31, 2011.**

**IT IS SO ORDERED.**

Dated: 05/04/11

                THELTON E. HENDERSON, JUDGE
                UNITED STATES DISTRICT COURT