CHARLES O. THOMPSON, SB# 139841
    E-Mail: thompsonc@lbbslaw.com
NICOLE A. BOLSON, SB# 226733
    E-Mail: bolson@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ANKA BEHAVIORAL HEALTH, INC.,
a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CARLSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANKA BEHAVIORAL HEALTH, INC., a California Corporation,<br><br>Defendant. | CASE NO. C-10-03914 TEH<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING AND ORDER THEREON** |

## JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Plaintiff JULIE CARLSON (hereinafter "Plaintiff"), and Defendant ANKA BEHAVIORAL HEALTH, INC. (hereinafter "Anka"), by and through their attorneys of record, pursuant to Local Rules 6-2 and 7-12, do hereby stipulate and agree that the time for Anka to respond to Plaintiff's Second Amended Complaint in the above-referenced action shall be extended up to and including **June 14, 2011**.

Plaintiff moved the Court on April 13, 2011 for Leave to Amend to File a Second Amended Complaint with a hearing date of May 23, 2011.  Anka filed a Non-Opposition to Plaintiff's Motion for Leave to Amend on May 2, 2011.  On May 4, 2011, the Court granted

1 | Plaintiff's request to file a Second Amended Complaint and ordered it filed no later than May
2 | 9, 2011, with a responsive pleading due on Anka's behalf, on or before May 31, 2011.
3 |     . Plaintiff did not file the Second Amended Complaint until May 24, 2011, thus, in light
4 | of this delay, the parties have agreed to extend Anka's time to submit its responsive pleading
5 | to June 14, 2011.
6 |     The parties do not believe that this extension of time for Anka to file a responsive
7 | pleading to the Second Amended Complaint, will delay the schedule for the case.
9 | Respectfully submitted,

11 | DATED: May __, 2011          LEWIS BRISBOIS BISGAARD & SMITH LLP

13 | By _____/s/_____
14 | Charles O. Thompson
    | Nicole A. Bolson
    | Attorneys for Defendant
15 | Anka Behavioral Health, Inc.

17 | DATED: May __, 2011          MALLISON & MARTINEZ

19 | By _____/s/_____
    | Stan S. Mallison
20 | Attorneys for Plaintiff
    | Julie Carlson

22 | ~~PROPOSED~~ ORDER

23 | Based on the foregoing stipulation and for good cause appearing, it is hereby ordered that
24 | Defendant Anka Behavioral Health, Inc.'s responsive pleading to Plaintiff's Second Amended
25 | Complaint will be due on or before June 14, 2011.

27 | DATED: May 31, 2011          _____
                                   UNITED STATES DISTRICT COURT JUDGE
                                   Judge Thelton E. Henderson

4812-2391-5785.1                        2                              C-10-03914 BZ
JOINT STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING