UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: June 20, 2011

**Case No:** C 10-03914 TEH

**Case Title**: JULIE CARLSON v. ANKA BEHAVIORAL HEALTH, INC.

**Appearances:**

    For Plaintiff(s): Stan Mallison, Hector Martinez

    For Defendant(s): Nicole Bolson, Melynnie Rizvi

**Deputy Clerk**: Tana Ingle      **Court Reporter**: not reported
**Time in Court:** 15 minutes

## PROCEEDINGS

1. Initial Case Management Conference - HELD

MOTION/MATTER: ( ) Granted
                   ( ) Denied
                   ( ) Granted in part/Denied in part
                   ( ) Taken under submission
                   ( ) Withdrawn/Off Calendar
                   (X) Continued to: **Monday, 10/24/2011 at 1:30 p.m. for further CMC.**

## SUMMARY

- Initial disclosures shall be completed by 07/29/2011.
- Parties shall file a joint CMC statement seven days prior to the next hearing.
- Case is referred to private mediation.

cc. ADR