IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CARLSON,

                Plaintiff,

v.

ANKA BEHAVIORAL HEALTH, INC.,

                Defendant.

NO. C10-3914 TEH

<u>ORDER DENYING DEFENDANT'S REQUEST FOR REFERRAL TO EARLY SETTLEMENT CONFERENCE</u>

       This matter comes before the Court on Defendant Anka Behavioral Health, Inc.'s request for referral to an early settlement conference with Magistrate Judge Joseph Spero. Plaintiff Julie Carlson opposes the request on grounds that the parties have agreed to participate in a private mediation, which has been scheduled for next month, and have already paid the mediator's fee. The Court held a telephonic case management conference on August 29, 2011, and subsequently determined that Judge Spero is not available prior to the parties' scheduled mediation date.

       After carefully considering the parties' concerns, Defendant's request is DENIED without prejudice. The parties shall proceed with their scheduled mediation. If they are unable to resolve their case at that time, they shall meet and confer regarding the desirability of a settlement conference with a magistrate judge and shall address that issue in their joint case management conference statement due on October 17, 2011.

**IT IS SO ORDERED.**

Dated: 08/30/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT