**United States District Court**
For the Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 JULIE CARLSON,                                        No. C-10-03914 TEH (JCS)

8         Plaintiff(s),                            **CLERK'S NOTICE SETTING TELEPHONIC**
                                                    **SCHEDULING CONFERENCE**
9     v.

10 ANKA BEHAVIORAL HEALTH, INC.,

11         Defendant(s).

12 _____/

13 ALL PARTIES AND COUNSEL OF RECORD:

14         The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

15         You are hereby notified that a telephonic scheduling conference has been set for

16 **November 2, 2011, at 11:00 a.m.**  The Court will initiate telephone contact.

17

18 Dated: October 31, 2011                    RICHARD W. WIEKING, CLERK

19

20                                            By:_____
                                                  Karen L. Hom
21                                                Deputy Clerk

22

23

24

25

26

27

28