# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Karen L. Hom

**CASE NO.**   C10-03914 TEH (JCS)

**CASE NAME:**  CARLSON v.  ANKA BEHAVIORAL HEALTH, INC.

**DATE:** November 16, 2011       **TIME:** 15 M         **COURT REPORTER**: <u>Not Reported</u>

**<u>COUNSEL FOR PLAINTIFF:</u>**            **<u>COUNSEL FOR DEFENDANT:</u>**
Stan Mallinson                  Natalja Fulton

**PROCEEDINGS**

[ ]    SETTLEMENT CONFERENCE

[ ]    FURTHER SETTLEMENT CONFERENCE

[ ]    DISCOVERY CONFERENCE

[ ]    STATUS CONFERENCE RE:

[X]    TELEPHONIC SCHEDULING CONFERENCE - HELD

[ ]    OTHER:

CASE CONTINUED TO:  02/13/12 AT 9:30 AM          FOR  Settlement Conference

NOTES:

Confidential statements due one week prior. Court to issue Settlement Conference Order.

*T=Telephonic Appearance