CHARLES O. THOMPSON, SB# 139841
E-Mail: thompsonc@lbbslaw.com
NICOLE A. BOLSON, SB# 226733
E-Mail: bolson@lbbslaw.com
NATALJA M. FULTON SBN 254858
E-Mail : fultonn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ANKA BEHAVIORAL HEALTH, INC.,
a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CARLSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANKA BEHAVIORAL HEALTH, INC., a California Corporation,<br><br>Defendant. | CASE NO. C-10-03914 TEH<br><br>**E-FILING**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER.**<br><br>Date:   January 23, 2012<br>Time:   1:30 p.m.<br>Place:  Courtroom 12<br>Judge:  Honorable Thelton E. Henderson |

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Defendant ANKA BEHAVIORAL HEALTH, INC. and Plaintiff JULIE CARLSON (collectively referred to herein as "the Parties"), by and through their respective counsel of record, that the Case Management Conference set for January 23, 2012 at 1:30 p.m. be continued to February 27, 2012 at 1:30 p.m.

/ / /

/ / /

/ / /

Pursuant to the Case Management Conference Minutes from October 24, 2011, the Parties were assigned a special master to resolve discovery disputes and referred to Magistrate Judge Joseph C. Spero for a settlement conference.

The Parties are currently working with the special master to determine pre-conference discovery and have a settlement conference with Judge Spero set for February 13, 2012.

The Parties request this short continuance in order to finalize pre-conference discovery issues and prepare for and attend the upcoming settlement conference.

The Parties also request that all related dates, be continued as well in relation to the new Case Management Conference hearing date.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: January 18, 2012         LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____/s/_____
   Charles O. Thompson
   Nicole A. Bolson
   Natalja M. Fulton
   Attorneys for Defendant
   Anka Behavioral Health, Inc.


DATED: January 18, 2012         MALLISON & MARTINEZ


By _____/s/_____
   Stan S. Mallison
   Joseph D. Sutton
   Attorneys for Plaintiff
   Julie Carlson

4822-4073-4990.1                           2                                C-10-03914 BZ
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Marcia Brown-Scurry, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 18, 2012, in San Francisco, California.

By_____/s/_____

Marcia Brown-Scurry

**IT IS SO ORDERED.**

PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is continued to March 5, 2012 at 1:30 ~~a.m.~~/p.m, in ~~Department~~ Courtroom No. 12.

DATED: January 18, 2012

_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA



4822-4073-4990.1                                    3                                    C-10-03914 BZ
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER