**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Fax: 415.434.0882
www.lbbslaw.com

NICOLE A. BOLSON
DIRECT DIAL: 415.262.8512
E-MAIL: BOLSON@LBBSLAW.COM

February 2, 2012

File No.
30676.04

Magistrate Judge Joseph C. Spero
U.S. District Court - Northern District
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Carlson v. Anka Behavioral Health, Inc.
 Case No. C-10-03914 THE

Dear Judge Spero:

The November 17, 2011 Notice of Settlement Conference and Settlement Conference Order indicates that each party must submit a settlement conference statement not to exceed ten pages of text and twenty pages of exhibits. Please consider this Anka Behavioral Health, Inc.'s request for submission of additional pages; of both text and exhibits. This is a wage and hour class action with a complex history, significant discovery disputes to date, prior litigation, and a multitude of claims by a putative class of hundreds of employees. The current page limit for the settlement conference will not allow the parties to properly brief the Court on the issues in advance of the settlement conference.

Dated: Feb. 6, 2012

Very truly yours,

Nicole A. Bolson of
LEWIS BRISBOIS BISGAARD & SMITH LLP

NAB

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • DALLAS • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • NEWARK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4817-9142-7598.1