1               IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5  JULIE CARLSON,

6               Plaintiff,           NO. C10-3914 TEH

7         v.                  ORDER TO SHOW CAUSE

8  ANKA BEHAVIORAL HEALTH, INC.,

9             Defendant.

10

11

12        On October 25, 2011, the Court referred this case to a special master for discovery

13 purposes. The Special Master was given the authority to allocate his fees among the parties,

14 and the parties were ordered to pay such fees "within ten calendar days of assessment, unless

15 otherwise excused by the Special Master or this Court." Order Appointing Special Master

16 for Disc. at 2. On March 16, 2012, the Special Master filed a notice of non-payment by

17 Plaintiff for fees incurred between October 26, 2011, and February 29, 2012. Such

18 non-payment was excused neither by the Special Master nor this Court.

19        Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Plaintiff's

20 counsel shall show cause on **April 2, 2012, at 10:00 AM**, as to why monetary sanctions

21 should not be imposed for their failure to pay the Special Master's fees in accordance with

22 this Court's October 25, 2011 order. Plaintiff's counsel shall file a written response to this

23 order to show cause on or before **March 26, 2012.**

24

25 **IT IS SO ORDERED.**

26

27 Dated:   03/19/12

28                              THELTON E. HENDERSON, JUDGE
                                  UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California