IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CARLSON,

           Plaintiff,

v.

ANKA BEHAVIORAL HEALTH, INC.,

           Defendant.

NO. C10-3914 TEH

ORDER VACATING ORDER TO SHOW CAUSE

On March 19, 2012, this Court entered an order to show cause against Plaintiff's counsel for failure to pay the Special Master's fees. Mr. Joseph Sutton, one of Plaintiff's counsel, filed a timely response to the order to show cause on March 26, 2012, stating that payment had since been made and attributing the delay to staffing transitions. While this is not an entirely credible explanation given the Special Master's contention that he sent counsel monthly invoices for services incurred beginning in October 2011, the Court will nonetheless accept Mr. Sutton's regret at this time, as well as his affirmation that he will "diligently adhere to all orders of this Court in the future." Response at 1. Accordingly, the April 2, 2012 order to show cause hearing is hereby VACATED. Plaintiff's counsel may expect the imposition of monetary sanctions for any future violations of this Court's orders or local rules.

**IT IS SO ORDERED.**

Dated: 03/28/12

                          THELTON E. HENDERSON, JUDGE
                          UNITED STATES DISTRICT COURT