CHARLES O. THOMPSON, SB# 139841
E-Mail: thompsonc@lbbslaw.com
NICOLE A. BOLSON, SB# 226733
E-Mail: bolson@lbbslaw.com
NATALJA M. FULTON SBN 254858
E-Mail: fultonn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ANKA BEHAVIORAL HEALTH, INC.,
a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CARLSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANKA BEHAVIORAL HEALTH, INC., a California Corporation,<br><br>Defendant. | CASE NO. C-10-03914 TEH<br><br>**E-FILING**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER.**<br><br>Date: May 7, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 12<br>Judge: Honorable Thelton E. Henderson |

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Defendant ANKA BEHAVIORAL HEALTH, INC. and Plaintiff JULIE CARLSON (collectively referred to herein as "the Parties"), by and through their respective counsel of record, that the Case Management Conference set for May 7, 2012 at 1:30 p.m. be continued until after the completion of the June 11, 2012, Mandatory Settlement Conference ("MSC") with Magistrate Spero.

4817-7108-8655.1     C-10-03914 TEH
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER

Pursuant to the Case Management Conference Minutes from October 24, 2011, the Parties were assigned a special master to resolve discovery disputes and referred to Magistrate Judge Joseph C. Spero for a settlement conference.

Pursuant to the Special Master's Order issued February 7, 2012, the Parties are currently working on pre-settlement conference discovery. A majority of the documents have been produced, and will be completed in advance of the MSC.

The MSC with Judge Spero previously set for February 13, 2012, is now set for June 11, 2012.

The Parties request this continuance in order to finalize pre-settlement conference discovery and prepare for and attend the upcoming settlement conference.

The Parties also request that all related dates, be continued as well in relation to the new Case Management Conference hearing date.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April 27, 2012     LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____/s/_____
Charles O. Thompson
Nicole A. Bolson
Natalja M. Fulton
Attorneys for Defendant
Anka Behavioral Health, Inc.

DATED: April 27, 2012     MALLISON & MARTINEZ

By _____/s/_____
Stan S. Mallison
Joseph D. Sutton
Attorneys for Plaintiff
Julie Carlson



## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Angela Balestrieri, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2012, in San Francisco, California.

By \_\_\_\_\_/s/\_\_\_\_\_
Angela Balestrieri

**IT IS SO ORDERED.**

PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is continued to \_\_June 25\_\_, 2012 at \_\_1:30\_\_ a.m./p.m, in Department \_\_12\_\_.

DATED: \_\_04/30\_\_, 2012

_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA


LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW