CHARLES O. THOMPSON, SB# 139841
E-Mail: thompsonc@lbbslaw.com
NICOLE A. BOLSON, SB# 226733
E-Mail: bolson@lbbslaw.com
NATALJA M. FULTON SBN 254858
E-Mail : fultonn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ANKA BEHAVIORAL HEALTH, INC.,
a California Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CARLSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANKA BEHAVIORAL HEALTH, INC., a California Corporation,<br><br>Defendant. | CASE NO. C-10-03914 TEH<br><br>**E-FILING**<br><br>**STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND (~~PROPOSED~~) ORDER.**<br><br>Date:  June 11, 2012<br>Time:  9:30 a.m.<br>Place: Courtroom G<br>Judge: Honorable Joseph C. Spero |

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Defendant ANKA BEHAVIORAL HEALTH, INC. and Plaintiff JULIE CARLSON (collectively referred to herein as "the Parties"), by and through their respective counsel of record, that the Mandatory Settlement Conference set for June 11, 2012 at 9:30 a.m., before Magistrate Judge Joseph C. Spero, be continued until July 31, 2012 at 9:30 a.m.

Pursuant to the Case Management Conference Minutes from October 24, 2011, the Parties were assigned a special master to resolve discovery disputes and referred to Judge Spero for a settlement conference.

Pursuant to the Special Master's Order issued February 7, 2012, the Parties are currently working on pre-conference discovery.

The Parties request a continuance until July 31, 2012, so that the Parties may finalize pre-conference discovery, and properly prepare for the conference.

The Parties also request that all related dates, be continued as well in relation to the new Mandatory Settlement Conference date.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 13, 2012       LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____/s/_____
Charles O. Thompson
Nicole A. Bolson
Natalja M. Fulton
Attorneys for Defendant
Anka Behavioral Health, Inc.

DATED: June 13, 2012       MALLISON & MARTINEZ


By _____/s/_____
Stan S. Mallison
Joseph D. Sutton
Attorneys for Plaintiff
Julie Carlson

4829-5849-9087.1                             2                              C-10-03914 TEH
JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE
AND (PROPOSED) ORDER

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Angela Balestrieri, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2012, in San Francisco, California.

By __/s/__

Angela Balestrieri

**IT IS SO ORDERED.**

PURSUANT TO STIPULATION OF THE PARTIES, the Mandatory Settlement Conference is continued to __July 31__, 2012 at __9:30__ a.m./~~p.m~~, in Courtroom G, 15th Floor.

DATED: __June 13__, 2012

_____
Honorable /s/ Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

4829-5849-9087.1
3
C-10-03914 TEH

JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND (PROPOSED) ORDER

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW