STAN S. MALLISON (SBN 184191)
stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
hectorm@themmlawfirm.com
MARCO A. PALAU (SBN 242340)
mpalau@themmlawfirm.com
JOSEPH D. SUTTON (SBN 269951)
jsutton@themmlawfirm.com
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CARLSON, on behalf of herself and all others similarly situated,<br><br>               Plaintiffs,<br><br>     vs.<br><br>ANKA BEHAVIORAL HEALTH, INC.,<br><br>               Defendant. | CASE NO. C10-3914 TEH<br><br>**E-FILING**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   June 25, 2012<br>Time:  1:30 p.m.<br>Judge: The Honorable Thelton E. Henderson |

1  TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

2  IT IS HEREBY STIPULATED by and between Plaintiff JULIE CARLSON and Defendant ANKA BEHAVIORAL HEALTH, INC., (collectively referred to herein as "the Parties") by and through their respective counsel of record, that the Case Management Conference set for June 25, 2012 at 1:30 p.m. be continued to August 13, 2012 at 1:30 p.m.

The Parties request this short continuance as the settlement conference with Magistrate Judge Spero has been moved from June 11, 2012 to July 31, 2012 in order to finalize pre-conference discovery ordered by the Special Master on February 7, 2012 (Doc. 75).

The Parties also request that all related dates in relation to the new Case Management Conference hearing date be continued as well.

**IT IS SO STIPULATED.**

DATED: June 13, 2012              **MALLISON & MARTINEZ**

                                  By:    /s/ Joseph D. Sutton
                                         Attorneys for Plaintiffs

DATED: June 13, 2012              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                  By:    /s/ Natalja Fulton
                                         Attorneys for Defendants

IT IS SO ORDERED.

PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is continued to August 27, 2012 at 1:30 a.m./p.m. in Courtroom 12. The parties shall file a joint case management conference statement on or before August 20, 2012.

Dated: 06/14, 2012

_____
Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA
---
2

Stipulation and [Proposed] Order to Continue CMC        Case No. C10-3914