# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Karen L. Hom

**CASE NO.**   C10-03914 TEH (JCS)

**CASE NAME:**  CARLSON v. ANKA BEHAVIORAL HEALTH, INC.

**DATE:** July 31, 2012      **TIME:** 5 H        **COURT REPORTER**: Not Reported

**COUNSEL FOR PLAINTIFF:**  
Stan Mallinson & Joe Sutton

**COUNSEL FOR DEFENDANT:**  
Nicole Bolson, Natalja Fulton & Charles Thompson

## PROCEEDINGS

[X]   SETTLEMENT CONFERENCE - Held

[ ]   FURTHER SETTLEMENT CONFERENCE

[ ]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   TELEPHONIC CONFERENCE RE:

[ ]    OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

Parties reached tentative settlement. Parties to draft agreement. Preliminary draft agreement to be submitted to all parties for comment on 8/22/12. Final draft shall be completed on or before 9/14/12. Motion for Preliminary Approval shall be filed by 9/17/12. Further settlement conference, if necessary, scheduled for **9/20/12 at 9:30 AM.**

*T=Telephonic Appearance