1  CHARLES O. THOMPSON, SB# 139841
   E-Mail: thompsonc@lbbslaw.com
2  NICOLE A. BOLSON, SB# 226733
   E-Mail: bolson@lbbslaw.com
3  NATALJA M. FULTON SB# 254858
   E-Mail : fultonn@lbbslaw.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
5  San Francisco, California 94104
   Telephone: 415.362.2580
6  Facsimile: 415.434.0882

7  Attorneys for Defendant
   ANKA BEHAVIORAL HEALTH, INC.,
8  a California Corporation

9

10               UNITED STATES DISTRICT COURT

11    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

| JULIE CARLSON and ROBERT STARK, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANKA BEHAVIORAL HEALTH, INC., a California Corporation,<br><br>Defendant. | CASE NO. C-10-03914 TEH<br><br>**E-FILING**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (~~PROPOSED~~) ORDER.**<br><br>Date: August 27, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 12<br>Judge: Honorable Thelton E. Henderson |
|---|---|

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Defendant ANKA BEHAVIORAL HEALTH, INC. and Plaintiffs JULIE CARLSON and ROBERT STARK (collectively referred to herein as "the Parties"), by and through their respective counsel of record, that the Case Management Conference set for August 27, 2012 at 1:30 p.m. be continued so that the Parties may complete drafting the Stipulated Settlement Agreement (the "Agreement") for this Court's approval. The Parties request the Case Management Conference be continued for thirty (30) days.

1  Pursuant to the Case Management Conference Minutes from October 24, 2011, the Parties
2  were assigned a special master to resolve discovery disputes and referred to Magistrate Judge
3  Joseph C. Spero for a settlement conference.
4  The settlement conference with Judge Spero was held on July 31, 2012, at which time the
5  Parties reached a preliminary agreement regarding settlement terms and set a briefing schedule
6  with Magistrate Spero for completion of Agreement.
7  The Parties request this continuance in order to complete drafting the Agreement and
8  prepare for Court approval thereon.
9  The Parties also request that all related dates, be continued as well in relation to the new
10 Case Management Conference hearing date.

11 **IT IS SO STIPULATED.**

12                                     Respectfully submitted,

13 DATED:  August 20, 2012           LEWIS BRISBOIS BISGAARD & SMITH LLP

14

15                                     By _____/s/_____
                                        Charles O. Thompson
16                                      Nicole A. Bolson
                                        Natalja M. Fulton
17                                      Attorneys for Defendant
18                                      Anka Behavioral Health, Inc.

19 DATED:  August 20, 2012           MALLISON & MARTINEZ
20

21                                     By _____/s/_____
                                        Stan S. Mallison
22                                      Joseph D. Sutton
23                                      Attorneys for Plaintiffs
                                        Julie Carlson and Robert Stark
24
25
26
27
28



4824-7221-7872.1                          2                              C-10-03914 TEH
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Angela Balestrieri, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2012, in San Francisco, California.

By_____/s/_____

Angela Balestrieri

**IT IS SO ORDERED.**

PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is continued to __October 1__, 2012 at __1:30__ a.m./p.m, in ~~Department~~ Courtroom 12.

DATED: __August 21__, 2012

_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA