STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
   JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE CARLSON and ROBERT STARK, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>ANKA BEHAVIORAL HEALTH, INC., a California Corporation,<br><br>      Defendant. | CASE NO. C-10-03914 TEH<br><br>**E-FILING**<br><br>**NOTICE OF PROPOSED SETTLEMENT AND STIPULATION TO VACATE THE OCTOBER 1, 2012 CMC**<br><br>Judge: Honorable Thelton E. Henderson |

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

    IT IS HEREBY STIPULATED by and between Defendant ANKA BEHAVIORAL HEALTH, INC. and Plaintiffs JULIE CARLSON and ROBERT STARK (collectively referred to herein as "the Parties"), by and through their respective counsel of record, that the Case Management Conference set for October 1, 2012 at 1:30 p.m. be vacated as the Parties have finalized a Proposed Settlement Agreement (the "Agreement").

    Pursuant to the Case Management Conference Minutes from October 24, 2011, the Parties were assigned a special master to resolve discovery disputes and referred to Magistrate Judge

Joseph C. Spero for a settlement conference. The settlement conference with Judge Spero was held on July 31, 2012, at which time the Parties reached a preliminary agreement regarding settlement terms. On September 24, 2012 the Parties submitted a finalized version of the Agreement to Judge Spero. Plaintiffs are currently drafting their Motion for Preliminary Approval of Class Settlement Agreement and will submit this motion promptly.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: September 27, 2012 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|  | By _____/s/_____<br>Charles O. Thompson<br>Nicole A. Bolson<br>Natalja M. Fulton<br>Attorneys for Defendant<br>Anka Behavioral Health, Inc. |
| DATED: September 27, 2012 | MALLISON & MARTINEZ |
|  | By _____/s/_____<br>Stan S. Mallison<br>Joseph D. Sutton<br>Attorneys for Plaintiffs<br>Julie Carlson and Robert Stark |

**IT IS SO ORDERED.**

PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference set for October 1, 2012 is vacated, as the Parties will be appearing shortly before the Court for the Preliminary Approval of Class Settlement.

DATED: \_\_\_09/28\_\_\_, 2012 _____
Honorable
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

