IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE CARLSON and ROBERT STARK,

                Plaintiffs,

v.

ANKA BEHAVIORAL HEALTH, INC.,

                Defendant.

NO. C10-3914 TEH

ORDER RE-OPENING CLASS CLAIM PERIOD AND CONTINUING FINAL APPROVAL HEARING

      The Court has reviewed the parties' stipulation to re-open the class claim period and continue the final approval hearing due to the recent identification of 47 additional class members.[1] Christopher Withrow, the president and CEO of Defendant Anka Behavioral Health, Inc., states that, "after receiving requests from former employees to be added to the Class, through the Claims Administrator, Anka manually reviewed the employee roster to ensure that any additional employees be included in the Class prior to the Final Approval Hearing. That search resulted in the discovery of 47 additional Class Members." Withrow Decl. ¶ 4. He explains that these individuals were exempt employees who were "not eligible to be part of the Class, for some part of the Class Period . . ., and as such, were likely missed by the 'filter/search' function of the electronic search which Anka performed." *Id.* ¶ 6.

      The Court agrees with the parties that Defendant's failure to include these class members in the original notice distribution should not preclude the newly identified class members' recovery.

      However, although the Court understands that the costs of the Claims Administrator are still estimated to be below the $30,000 maximum included in the Settlement Agreement,

---

[1] Both the stipulation and proposed order refer to 46 additional class members, but the supporting declaration refers to 47. Withrow Decl. ¶¶ 4-6.

the Court is not convinced that the Class should bear the increased costs associated with Defendant's error. The parties shall therefore meet and confer to attempt to reach agreement on who should pay the additional costs. The Court is unlikely to approve payment of the additional funds in any way that diminishes the Class's recovery.

With good cause appearing, IT IS HEREBY ORDERED that:

1. The class claim period will be re-opened to allow for the 47 inadvertently excluded Class Members to receive notice of the Settlement and to decide whether to participate in the Settlement or opt out.

2. The 47 new Class Members will be mailed Notice of the Settlement on **June 10, 2013**, and Class Members will have 45 days (until **July 25, 2013**) in which to file a claim, opt out, or object to the Settlement or the Motion for Attorneys' Fees.

3. On or before **August 1, 2013**, Class Counsel will submit supplemental Final Approval briefing, including a declaration from the Claims Administrator, detailing the results of including the additional Class Members in the Settlement. This submission will include the result of the parties' meet-and-confer efforts regarding who should pay the additional costs of the Claims Administrator.

4. The Final Approval Hearing is continued from June 10, 2013, to **August 19, 2013, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated: 06/06/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2